DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| State v. Nelson<br><br>Case below:<br>181 N.C. App. 150 | No. 042P07 | 1. Def's NOA Based Upon a Constitutional Question (COA05-1677)<br><br>2. Def's PDR Under N.C.G.S. § 7A-31 | 1. Dismissed *ex mero motu* 08/23/07<br><br>2. Denied 08/23/07 |
| State v. Potts<br><br>Case below:<br>182 N.C. App. 349 | No. 197P07 | Def's PDR Under N.C.G.S. § 7A-31 (COA06-811) | Denied 08/23/07 |
| State v. Pulley<br><br>Case below:<br>180 N.C. App. 54 | No. 619P06 | Def's PDR Under N.C.G.S. 7A-31 (COA05-892) | Denied 08/23/07 |
| State v. Rushdan<br><br>Case below:<br>183 N.C. App. ——<br>(15 May 2007) | No. 287P07 | Def's PDR Under N.C.G.S. § 7A-31 (COA06-1229) | Denied 08/23/07 |
| State v. Sarea<br><br>Case below:<br>182 N.C. App. ——<br>(17 April 2007) | No. 237P07 | 1. Def's NOA Based Upon a Constitutional Question (COA06-934)<br><br>2. AG's Motion to Dismiss Appeal<br><br>3. Def's PDR Under N.C.G.S. § 7A-31 | 1. ——<br><br>2. Allowed 08/23/07<br><br>3. Denied 08/23/07 |
| State v. Sings<br><br>Case below:<br>182 N.C. App. 162 | No. 169P07 | 1. Def's NOA Based Upon a Constitutional Question (COA06-554)<br><br>2. AG's Motion to Dismiss Appeal<br><br>3. Def's PDR Under N.C.G.S. § 7A-31 | 1. ——<br><br>2. Allowed 08/23/07<br><br>3. Denied 08/23/07 |
| State v. Stewart<br><br>Case below:<br>183 N.C. App. ——<br>(5 June 2007) | No. 319P07 | Def's PDR Under N.C.G.S. § 7A-31 (COA06-731) | Denied 08/23/07 |
| State v. Tart<br><br>*Case below:*<br>182 N.C. App. 530 | No. 215P07 | 1. Def's NOA Based Upon a Constitutional Question (COA06-592)<br><br>2. AG's Motion to Dismiss Appeal<br><br>3. Def's PDR Under N.C.G.S. § 7A-31 | 1. ——<br><br>2. Allowed 08/23/07<br><br>3. Denied 08/23/07 |